IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
DEC 14 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:05cr291-T |
| ) | [8 USC §1326(a)] |
| BRUNO URIOSTEGUI ) | |

The Grand Jury charges:

COUNT 1

On or about the 5th day of December, 2005, in Houston County, Alabama, within the Middle District of Alabama, the defendant,

BRUNO URIOSTEGUI,

being an alien, did knowingly re-enter and was found in the United States after having been deported on or about January 9, 2003, without obtaining the permission of the Secretary of Homeland Security or the Attorney General of the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

*/s/ Foreperson*
Foreperson

*/s/ Leura G. Canary*
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*/s/ Tommie Brown Hardwick*
TOMMIE BROWN HARDWICK
Assistant United States Attorney