## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES O F AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO.    1:05CR291-T |
| | ) | |
| BRUNO URIOSTEGUI | ) | |

### ORDER TO PRODUCE PRISONER
### FOR ARRAIGNMENT

TO:    The United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **December 28, 2005** in the above-styled cause.

You are **DIRECTED** to produce the following named prisoner:

### BRUNO URIOSTEGUI

before the United States District Court at Montgomery, Alabama in **Courtroom 5-A** on the 28TH

day of **December, 2005** at **10:00 o'clock a. m.**

DONE this 15th day of December 2005.

VANZETTA P. McPHERSON
UNITED STATES MAGISTRATE JUDGE

By:_____
Deputy Clerk

cc:    U.S. Attorney
U.S. Pretrial Services
U.S. Probation