**COURTROOM DEPUTY MINUTES**  DATE: 12-6-2005
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 11:15 – 11:33 am
11:43 – 11:52 am

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [x] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB         DEPUTY CLERK: sq1

CASE NO.: 1:05mj145-B              DEFT. NAME: Bruno URIOSTEGUI

USA: Speirs                        ATTY: Petersen
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓ CDO)
( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant ✓ does _____ does NOT need an interpreter

Interpreter present _____ NO ✓ YES  NAME: Elisa Brodbeck

- [x] kars.     Date of Arrest 12-5-05  or ☐ karsr40
- [x] kia.      Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- [x] kcnsl.    Deft. First Appearance with Counsel
- [ ]           Deft. First Appearance without Counsel
- [x]           Requests appointed Counsel  [x] **ORAL MOTION for Appointment of Counsel**
- [x] kfinaff.  Financial Affidavit executed  ☐ to be obtained by PTSO
- [x] koappted  **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- [ ] k20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- [ ]           Deft. Advises he will retain counsel. Has retained _____
- [ ]           Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- [ ]           Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐ kdmhrg.    Detention Hearing ☐ held; ☐ set for _____
- ☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.     **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls. Release order entered. Deft. advised of conditions of release
- ☐ kbnd.      ☐ **BOND EXECUTED** (M/D AL charges) $_____. Deft released (kloc LR)
- ☐            ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- [x] kloc.(LC) Bond **NOT** executed. Deft to remain in Marshal's custody
- [x]  Held    Preliminary Hearing ☐ Set for _____
- ☐ ko.        Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.    Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- [x]          Court finds **PROBABLE CAUSE. Defendant bound over to the Grand Jury.**
- ☐ karr.      ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
              ☐ Set for _____ Trial Term; ☐ **PRETRIAL CONFERENCE DATE:** _____
              DISCOVERY DISCLOSURES DATE: _____
- ☐ krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- ☐ kwvspt     Waiver of Speedy Trial Act Rights Executed

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, ___SOUTHERN___ DIVISION

UNITED STATES OF AMERICA      *
                              *
VS.                           *     CR. NO. __1:05mj145-B__
                              *
BRUNO URIOSTEGUI              *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| David Henderson | 1. |
|  | 2. |
|  | 3. |
|  | 4. |
|  | 5. |
|  | 6. |
|  | 7. |
|  | 8. |
|  | 9. |
|  | 10. |
|  | 11. |
|  | 12. |
|  | 13. |
|  | 14. |
|  | 15. |
|  | 16. |
|  | 17. |