| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 12/28/05 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 11:00 - 11:04 |
| | COURT REPORTER: Risa Entrekin |

**x** ARRAIGNMENT ☐ CHANGE OF PLEA ☐ CONSENT PLEA
☐ RULE 44(c) HEARING ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 1:05cr291-T    **DEFENDANT NAME:** Bruno Uriostegui
**AUSA:** Tommie Brown Hardwick    **DEFENDANT ATTORNEY:** Kevin Butler
Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? ( )NO; (√)YES    Name: Beverly Childress
**DISCOVERY DISCLOSURE DATE:**    1/6/06

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **FINACIAL AFFIDAVIT EXECUTED.** *ORAL MOTION FOR APPT OF COUNSEL*
☐ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    **x** Not Guilty        ☐ Nol Contendere
☐ Not Guilty by reason of insanity
☐ Guilty as to:
  ☐ Count(s):
  ☐ Count(s):        ☐ dismissed on oral motion of USA
          ☐ to be dismissed at sentencing

☐ Written plea agreement filed    ☐ **ORDERED SEALED**
☐ _____ Days to file pretrial motions ☐ _____ Trial date or term
☐ **ORAL ORDER ADJUDICATING DEFENDANT GUILTY as to Counts**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
  ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
  ☐ Posting a $_____ bond;
  ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed    CRIMINAL TERM:
    ☐ Defendant requests time to secure new counsel    4/24/06  Pretrial: 1/20/06
☐ WAIVER of Speedy Trial. Waiver not signed, defendant will file a motion to suppress