**COURTROOM DEPUTY'S MINUTES**  **DATE:** 1/20/06

**MIDDLE DISTRICT OF ALABAMA**  Digital Recording: 9:48 - 9:50

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson  **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 1:05cr291-MHT  **DEFENDANT(S):** Bruno Uriostegui

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Brown Hardwick | * | Kevin Butler |

☐ **DISCOVERY STATUS:**   Complete

☐ **PENDING MOTION STATUS:**   M/Suppress
Hearing set for 2/6/06 @ 2:00 p.m.

☐ **PLEA STATUS:**

☐ **TRIAL STATUS**
If Trial, One Day

☐ **REMARKS:**