IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | CR. NO.: 1:05cr291-MHT |
| BRUNO URIOSTEGUI ) | |
| ) | |

## ORDER

For good cause, it is

ORDERED that the Suppression Hearing currently set for 7 February 2006 be RESET for 6 February 2006 at 2:00 p.m., in courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding. The Clerk of Court shall provide a Court Reporter for this proceeding.

Done this 23rd day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE