## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

| | |
|---|---|
| DATE COMMENCED: 2/6/06 | DIGITAL RECORDING: 2:41 - 3:40 |
| DATE COMPLETED: 2/6/06 | |

| | | |
|---|---|---|
| USA | * | 1:05cr291-MHT |
| vs | * | |
| BRUNO URIOSTEGUI | * | |

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Tommie Brown Hardwick | | Kevin L. Butler |

---

### COURT OFFICIALS PRESENT:

| | |
|---|---|
| Wanda A. Robinson, Courtroom Deputy | Jimmy Dickens, Court Reporter |
| Beverly Childress, Interpreter | |

---

### PROCEEDINGS:

( ) JURY TRIAL
( x ) OTHER PROCEEDINGS:   Evidentiary Hearing on Motion to Suppress


SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | 1:05cr291-MHT:   USA v. Bruno Uriostegui:  Evidentiary Hearing on Motion to Suppress |
|---|---|
| Date | 2 / 6 /2006 |
| Location | Courtroom 5A |

| Time | Speaker | Note |
|---|---|---|
| 2 :45:25 PM | | Court Convenes; Parties Sworn |
| 2 :45:31 PM | Govt | Calls Andrew Hughes; Witness Testifies |
| 2 :54:08 PM | Govt | Offers Exhibits for Admittance |
| 2 :54:51 PM | Court | Admits Exhibits 1 and 2 |
| 2 :57:45 PM | Defendant | Asks that Foundation be Laid for Admittance of Exhibit 3 |
| 2 :58:18 PM | Govt | Questions Witness as to Exhibit 3; Ask Court to Admit Exhibit 3 |
| 2 :59:37 PM | Court | Will not admit Exhibit 3 but will take judicial notice of statute presented by the Exhibit |
| 3 :00:19 PM | Govt | Continues questioning witness Hughes |
| 3 :01:32 PM | Defendant | Questions Witness Huges |
| 3 :04:16 PM | Govt | Objects to Line of Questioning |
| 3 :04:29 PM | Defendant | Offers Relevancy; Requests Side Bar to Articulate relevancy; SIDE BAR HELD |
| 3 :17:35 PM | Defendant | Continues Questioning |
| 3 :29:30 PM | Govt | Re-Directs Witness Hughes |
| 3 :31:29 PM | Defendant | Questions Witness Hughes |
| 3 :32:38 PM | Govt | Objects to Line of Questioning |
| 3 :33:29 PM | Defendant | Responds |
| 3 :33:38 PM | Court | Sustains Objections |
| 3 :34:06 PM | Defendant | Continues questioning |
| 3 :34:49 PM | | Both Sides Rest |
| 3 :35:54 PM | | Defendant request a moment with Defendant |
| 3 :37:02 PM | Defendant | Offers Closing Argument |
| 3 :39:12 PM | Govt | Offers Closing Argument |
| 3 :40:44 PM | Court | In Recess |