IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

USA                                         *
                                            *
VS.                                         *           1:05cr291-MHT
                                            *
BRUNO URIOSTEGUI                            *

## WITNESS LIST

PLAINTIFF/GOVERNMENT                          DEFENDANT

1. Andrew Hughes                              1. _____
2. _____                     2. _____
3. _____                     3. _____
4. _____                     4. _____
5. _____                     5. _____
6. _____                     6. _____
7. _____                     7. _____
8. _____                     8. _____
9. _____                     9. _____
10. _____                    10. _____
11. _____                    11. _____
12. _____                    12. _____
13. _____                    13. _____
14. _____                    14. _____
15. _____                    15. _____
16. _____                    16. _____
17. _____                    17. _____