| COURTROOM DEPUTY'S MINUTES | DATE: 2/27/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:22 - 9:29 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 1:05cr291-MHT   **DEFENDANT(S):** Bruno Uriostegui

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Tommie Brown Hardwick | * | Kevin Butler |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**  Complete

❏ **PENDING MOTION STATUS:**  M/Suppress
Recommendation Filed 2/14/06

❏ **PLEA STATUS:**
Likely Plea

❏ **TRIAL STATUS**
If Trial, One Day
2/24/06

❏ **REMARKS:**  Defendant will not file Objections to Recommendation