IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr291-MHT |
| BRUNO URIOSTEGUI | ) | (WO) |

<u>ORDER</u>

It is ORDERED that the following sentence is added at the end of the paragraph ending at the top of page 8 of the opinion (Doc. No. 22) entered this date:

> In our criminal justice system, how could a Fourth Amendment search or seizure initiated on the basis of a person's race ever be 'reasonable'?

DONE, this the 20th day of March, 2006.


　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　UNITED STATES DISTRICT JUDGE