| COURTROOM DEPUTY'S MINUTES | DATE: 4/3/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:50 - 9:50 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 1:05cr291-MHT   **DEFENDANT(S):** Bruno Uriostegui

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Tommie Brown Hardwick | * | Kevin Butler |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**   Complete

❒ **PENDING MOTION STATUS:**   None

❒ **PLEA STATUS:**

Likely Plea

❒ **TRIAL STATUS**

If Trial, One Day

❒ **REMARKS:**