| | | | |
|---|---|---|---|
| COURTROOM DEPUTY MINUTES | DATE: 4/17/06 | | DIGITAL RECORDING: 19:06 - 9:28 |
| MIDDLE DISTRICT OF ALABAMA | | COURT REPORTER: | Mitchell Reisner |

❏ ARRAIGNMENT        x CHANGE OF PLEA        ❏ CONSENT PLEA

❏ RULE 44(c) HEARING        ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*        **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *1:05cr291-MHT*        **DEFENDANT NAME:** *Bruno Uriostegui*

**AUSA:** *Tommie Brown Hardwick*        **DEFENDANT ATTY:** *Kevin L. Butler*

Type Counsel:    ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO

**USPO:** Doug Mathis

De fendant __x__ does _____ does NOT need and interpreter.

Interpreter present? _____ NO __x__ YES    Name: Beverly Childress

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty                ❏ Nol Contendere

❏ Not Guilty by reason of insanity

√ Guilty as to:

   √ Count(s) __1__ of the Felony Indictment.

   ❏ Count(s) _____  ❏ dismissed on oral motion of USA;

   ❏ to be dismissed at sentencing

√ — **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

√ — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.  ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

   ❏ summons; for:

❏ Trial on _____; ❏ Sentencing on _____  ❏ _____ Bond  ❏ to be set by Separate Order

√ — **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Posting a $_____ Bond;

   ❏ Trial on _____; or √ Sentencing on _____ √ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.