# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE         AT MONTGOMERY   ALABAMA

DATE COMMENCED  July 27, 2006            AT  2:06   A.M./P.M.

DATE COMPLETED  July 27, 2006            AT  2:12   A.M./P.M.

UNITED STATES OF AMERICA                 Criminal Action
                                         1:05-cr-291-MHT
        VS.

BRUNO URIOSTEGUI

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA K. David Cooke, Jr. | X<br>X<br>X<br>X<br>X | Atty Kevin L. Butler |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Kevin Kish, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

Beverly Childress,
Interpreter

PROCEEDINGS:

( )   NONJURY TRIAL
(x)   OTHER PROCEEDING:     SENTENCING HEARING

2:06 p.m.            Sentencing hearing commenced. Terms of the
                     plea agreement stated on the record.
                     Probation concurs with plea agreement.  Court
                     accepts plea agreement.  Sentence imposed.
2:12 p.m.            Hearing concluded.