✎Prob 12C
(Rev. 1/05)

# UNITED STATES DISTRICT COURT

for

# MIDDLE DISTRICT OF ALABAMA

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bruno Uriostegui                    Case Number:    1:05CR291-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence:        July 27, 2006

Original Offense: Illegal Re-Entry After Deportation

Original Sentence: 4 months custody, followed by a 12 month term of supervised release

Type of Supervision:    Supervised Release    Date Supervision Commenced:  September 12, 2006

Assistant U.S. Attorney:        Tommie  Hardwick          Defense Attorney: Kevin L. Butler

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1 (Special Condition): **"... The defendant shall not illegally re-enter the United States..."** | On or about April 25, 2007, Bruno Uriostegui was found by Immigration and Customs Enforcement (Border Patrol) near Falfurrias, Texas, after being deported on September 12, 2006.  Uriostegui had not obtained consent to reapply for admission into the United States; therefore, his re-entry was illegal. |

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

✎Prob 12C
(Rev. 1/05)

Executed on     July 17, 2007

/s/ Daphne P. Willcox
U.S. Probation Officer

APPROVED:

/s/ David Ron Thweatt
Supervisory U. S. Probation Officer

THE COURT ORDERS:

☐ No action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other

/s/ Myron H. Thompson
Signature of Judicial Officer

July 17, 2007
Date