| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:05cr291-MHT |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* M-07-667 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Middle District of Alabama | DIVISION Southern |
|---|---|---|
| Bruno Uriostegui | NAME OF SENTENCING JUDGE Honorable Myron H. Thompson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE  Supervised Release | FROM 09/12/2006 | TO 09/11/2007 |

RECEIVED

United States District Court
Southern District of Texas
FILED
JUL 24 2007
Michael N. Milby, Clerk

| OFFENSE |
|---|
| Illegal Re-Entry After Deportation |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Alabama___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Southern District of Texas___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/18/2007  
*Date*        *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Southern___ DISTRICT OF ___Texas___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/24/07  
*Effective Date*        *United States District Judge*